### FRANK COMPOLATTARO, JR. *v.* RICHARD COMPOLATTARO ET AL.
### (9613)

O'CONNELL, LAVERY and RIPLEY, Js.

Argued September 25—decision released October 15, 1991

*Rhonna W. Rogol,* with whom, on the brief, was *Robert M. Wechsler,* for the appellants (defendants).

*John Wayne Fox,* with whom, on the brief, was *Susan L. Stratton,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.